In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00480-CR**
_____

**SHERRI LORENE HOLLOWAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-07-07393 CR**

**ORDER**

The clerk's record in the above styled and numbered cause was filed November 30, 2012, and the reporter's record was filed December 11, 2012. On February 15, 2013, the Court granted an extension of time to file the brief, noting that the extension was a "FINAL EXTENSION." On April 9, 2013, the appellant's court-appointed attorney, Willis Everett Smith, was notified that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed. Although the brief of the appellant was due to be filed Wednesday, March 13, 2013, the brief has not been filed.

1

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(b)(3). We direct the trial court to determine whether or not appellant desires to pursue her appeal. If appellant desires to pursue her appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether good cause exists for appointed counsel, Willis Everett Smith, to be relieved of his duties as appellate counsel and replaced by substitute counsel. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2) (West Supp. 2012). If the trial court determines that good cause exists to relieve appointed counsel of his duties, we direct the trial court to appoint substitute counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before July 1, 2013.

ORDER ENTERED May 30, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.

2